**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Dr. Mary Logue, | ) |
| | ) |
| | ) **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) **STATUS CONFERENCE** |
| | ) |
| v. | ) |
| | ) |
| Trinity Health, | ) |
| | ) Case No. 1:24-cv-085 |
| Defendants. | ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 15, 2024, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 11th day of July, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court