IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dr. Mary Logue,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Trinity Health,<br><br>　　　　　Defendant. | )<br>)　**ORDER**<br>)<br>)<br>)<br>)　Case No. 1:24-cv-085<br>)<br>)<br>) |

Pursuant to its discussion with the parties during a status conference held on March 4, 2026, the court shall continue the final pretrial conference and trial in this matter. Accordingly, the final pretrial conference on April 7, 2026, shall be rescheduled for December 1, 2026, at 9:00 AM by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID."  The jury trial set for April 20, 2026, shall be rescheduled for December 14, 2026, at 9:30 AM in Bismarck (courtroom 1) before the Hon. Daniel M. Traynor. A five (5) day trial is anticipated.

The parties shall have until March 18, 2026, to submit joint proposed revised scheduling/discovery plan, electronically signed and dated by counsel to the court at ndd_J-Hochhalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 4th day of March, 2026.

　　　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court